UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA REYNOLDS,<br><br>    Plaintiff,<br><br>   v.<br><br>C R BARD INCORPORATED, *et al.*,<br><br>    Defendants. | Case No.  1:19-cv-01238-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DEADLINE TO FILE DISPOSITIVE MOTIONS AND DAUBERT MOTIONS**<br><br>(Doc. 46) |

On June 8, 2021, the parties filed a joint stipulation requesting an extension of the deadline to file dispositive and *Daubert* motions by one week, to June 17, 2021.  The parties explain that they have met and conferred regarding these motions in the interest of judicial economy and a one-week extension will further facilitate these discussions.  (Doc. 46.)

Having considered the parties' stipulation, and good cause appearing, the request for an extension of the deadline to file dispositive and *Daubert* motions is GRANTED.   All dispositive motions and all *Daubert* motions shall be filed and served on or before June 17, 2021.
IT IS SO ORDERED.

Dated:  **June 9, 2021**                    /s/ *Barbara A. McAuliffe*           
                                         UNITED STATES MAGISTRATE JUDGE

1