

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

Sandra Reynolds

                    Plaintiff(s),      Case No. 1:19-cv-01238-DAD-BAM

v.

C.R. Bard, Incorporated

                    Defendant(s).

I, __Farshad Marzban__,

attorney for __Sandra Reynolds__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Martin Baughman PLLC |
| Address: | 3141 Hood Street, Ste. 600 |
| City: | Dallas |
| State: | Texas     ZIP Code: 75219 |
| Voice Phone: | ( 214) 761-6614 |
| FAX Phone: | ( 214) 744-7590 |
| Internet E-mail: | fmarzban@martinbaughman.com |
| Additional E-mail: | eservice@MartinBaughman.com |
| I reside in City: | Dallas     State: Texas |

I was admitted to practice in the ___State Bar of Texas___ (court) on ___November 3, 2017___ (date).  I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Laura Baughman

Firm Name: Martin Baughman

Address: 3141 Hood Street, Suite 600, Dallas, TX 75219

Voice Phone: (214) 761-6614

FAX Phone: Fax (214) 744-7590

Internet E-mail: lbaughman@martinbaughman.com

Additional E-mail: eservice@martinbaughman.com

Dated:  __June 10, 2021___     Petitioner: _____ /s/ signature

**<u>ORDER</u>**

Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on June 11, 2021.

IT IS SO ORDERED.

Dated:  **June 14, 2021**               /s/ Barbara A. McAuliffe