UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA REYNOLDS<br><br>Plaintiff,<br><br>v.<br><br>C R BARD INCORPORATED, et al.,<br><br>Defendants. | Case No.  1:19-cv-01238-DAD-BAM<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**<br><br>(Doc. 69) |

Currently before the Court is the parties' Notice of Settlement and Joint Motion to Stay Proceedings filed on November 30, 2021.  (Doc. 69.)  The parties request that the Court stay this matter for a period of ninety (90) days to permit them to finalize their settlement agreement.  (*Id.*)

Upon consideration and good cause appearing, the parties' Joint Motion to Stay Proceedings is GRANTED, all proceedings, including discovery, all pretrial deadlines, and trial deadlines are stayed for ninety (90) days. Further, all hearings currently set are VACATED.

If the parties have not finalized settlement by April 1, 2022, then they shall file a joint status report no later than **April 8, 2022**, updating the Court on the status of settlement discussions.

IT IS SO ORDERED.

Dated:   **December 1, 2021**             /s/ *Barbara A. McAuliffe*           _
                                                                       UNITED STATES MAGISTRATE JUDGE

1